IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00411-KDB

| | |
|---|---|
| TYESHIA BUTTS, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI , Acting Commissioner of Social Security, <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Complaint (Doc. No. 1) and Defendant's Motion for Remand to the Commissioner for further administrative proceedings (Doc. No. 15). The Commissioner wishes to conduct further fact finding. Plaintiff's counsel consents to the Government's Motion for Remand.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

Signed: March 30, 2022

Kenneth D. Bell
United States District Judge