# United States District Court
# Western District of North Carolina
# Charlotte Division

| Tyeshia Butts**,** | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | 3:21-cv-00411-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security **,** | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2022 Order.

March 30, 2022

*[signature]*

Frank G. Johns, Clerk
United States District Court